**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1972**

_____

SHAQUEZ RAY,

                Plaintiff - Appellant,

      v.

JACQUELINE S. MITCHELL, individually and in her official capacity as Director of Customer Compliance Services; ERICKA AMERSON, individually and in her official capacity as Operations Manager of Customer Compliance Services; NORTH CAROLINA DIVISION OF MOTOR VEHICLES, in their official capacity,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:25-cv-00258-FL-RN)

_____

Submitted:  February 19, 2026                Decided:  February 23, 2026

_____

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Shaquez Ray, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaquez Ray appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 action pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii) for failure to state a claim for relief and denying Ray's motion for reconsideration under Fed. R. Civ. P. 59(e).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders. *Ray v. Mitchell*, No. 5:25-cv-00258-FL-RN (E.D.N.C. July 23, 2025; Aug. 18, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2